UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| EAGLES LEARNING CENTER and | ) | |
| GEORGIA ARNETTE GREEN, | ) | |
|     Plaintiffs | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | No. 4:08-CV-72-H1 |
| TROOPER MICHAEL S. TURNER, | ) | |
| SGT. KENNETH W. COOKE,  FIRST | ) | |
| SGT. ALVIN H. BATCHELOR, | ) | |
| Individually and in Official Capacity; | ) | |
| NORTH CAROLINA HIGHWAY | ) | |
| PATROL, SHERIFF W.E. (BILLY) | ) | |
| SMITH; DEPUTY ERIC DIXON, | ) | |
| Individually and in Official Capacity; | ) | |
| LENOIR COUNTY SHERIFF'S | ) | |
| DEPARTMENT, STATE OF NORTH | ) | |
| CAROLINA FOR THE COUNTY OF | ) | |
| LENOIR, | ) | |
|     Defendants.         . | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of defendants' motions to dismiss.**

**IT IS ORDERED, ADJUDGED AND DECREED defendants' motions to dismiss are granted and this case is closed.**

This Judgment Filed and Entered on September 30, 2010, with service on:

Georgia A. Green (via cm/ecf Notice of Electronic Filing) and (via U.S. Mail), 3336 Hugo Church Rd., Hookerton, NC 28538
Scott C. Hart (via cm/ecf Notice of Electronic Filing)
Hal F. Askins (via cm/ecf Notice of Electronic Filing)

Date:   September 30, 2010 

                                        DENNIS P. IAVARONE, CLERK
                                        /s/ Delsia Heath
                                        (By): Delsia Heath, Deputy Clerk